# United States District Court
# Southern District of Texas

Case Number: H-05-3424

## ATTACHMENT

Description:

☐ State Court Record ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part 2 of ____

☐ Exhibit to: Vol III, Exhs 23, 24, 25, 26, 27
number(s) / letter(s) ____

Other: Petition For Writ of Habeas Corpus - Exhibits in Support of Petition

TAB 23

**SETH W. SILVERMAN, M.D., PA**
**5300 Memorial, Suite 510**
**Houston, TX 77007**
**(P) 713-528-1188 (F) 713-522-5764**
**Board Certification in Adult,**
**Addiction, and Forensic Psychiatry**

September 13, 2005

Re: Haynes, Anthony Cordell
Case No. MC-04-00319

BEFORE ME, the undersigned authority on this day personally appeared SETH W. SILVERMAN, M.D., who being by me duly sworn stated the following:

My name is Seth W. Silverman, M.D. I am of sound mind, over the age of eighteen (18) years, capable of making this affidavit, and I have personal knowledge of each of the facts and opinions stated herein. The opinions contained herein are based upon my experience, training, and education as a psychiatrist, and are held to a reasonable degree of medical probability.

I am a medical doctor specializing in the field of psychiatry. I am board certified in adult, addiction, and forensic psychiatry, and I am currently practicing in Houston, Texas at 5300 Memorial Drive, Suite 510. I am licensed to practice medicine in the State of Texas. A copy of my curriculum vitae is attached and incorporated into this affidavit. I am familiar with the knowledge, skill, experience, training, and education required to elicit expert opinions in the area of psychiatric disorders, specifically the standard of care to diagnose and treat Behavioral and Psychiatric Disorders and in particular, Substance Abuse Disorders, and Mood Disorders. I have served as a psychiatric consultant to adult and adolescent, inpatient, and day hospital programs and regularly treat adolescents and adults who have problems with substance abuse, mood, and behavioral problems. In addition, I have served as the psychiatric consultant for 13 years to a residential treatment center for inner city youth, who manifest many of the symptoms similar to that of Mr. Haynes. I believe that my training and experience allow me to comment on Mr. Haynes' previous and current psychiatric diagnoses and treatment. In addition, I believe that my training and experience allow me to have an opinion on how effectively psychiatric or neurological treatment might affect the likelihood that Mr. Haynes would commit future violent offenses or be an ongoing threat to society.

I have interviewed the defendant, Anthony Haynes, and have reviewed the records supplied to me by defense counsel, A. Richard Ellis. The records include affidavits

authored by individuals familiar with the defendant, as well as police records, school records, military records, medical records, and legal records.

This examiner was requested by defense counsel to review the records and interview the defendant in order to make recommendations regarding the possibility that Mr. Haynes might have been underdiagnosed and/or misdiagnosed at the time of the trial. In addition, defense counsel asked that, if indicated, recommendations be made as to which diagnostic tests might be utilized that might provide more accurate diagnoses and treatment. Finally, defense counsel asked that this examiner comment on ways that effective treatment might decrease the likelihood that the defendant would commit future violent offenses or be an ongoing threat to society.

BRIEF SYNOPSIS OF DEFENDANT'S HISTORY

Mr. Anthony Haynes has been convicted of Capital Murder. At age 16, he was diagnosed with a Conduct Disorder, Intermittent Explosive Disorder, and Cannabis Dependence. At that time, his aggressive symptoms decreased when he was prescribed the medication Tegretol (Carbamazepine).

The records indicated that he used Methamphetamine (MA) prior to the time that he robbed two or three individuals and then killed an off-duty police officer.

EXAMINER'S PROTOCOL

In this affidavit, this examiner will

1. Review Mr. Haynes' diagnoses and medical treatment
2. Make recommendations as to how to make more accurate diagnoses of Mr. Haynes' psychiatric conditions
3. Review the effects of MA and its association with and precipitation of aggressive behaviors
4. Make recommendations as to which medical treatments might be instituted that might more effectively treat Mr. Haynes's disorders, and
5. Comment on how proper treatment might decrease the likelihood that Mr. Haynes would commit future violent offenses and be an ongoing threat to the community

REVIEW OF DIAGNOSES AND MEDICAL TREATMENT

At age 16, Mr. Haynes was diagnosed as suffering from an Intermittent Explosive Disorder, Conduct Disorder, and Marijuana Dependence. These diagnoses were made utilizing the *Diagnostic and Statistical Manual* (*DSM*). The *DSM* is the widely accepted authority and treatise on psychiatric diagnoses.

Psychiatric Disorders are diagnosed without concern as to their etiology. A *DSM* diagnosis (disorder) is also made without consideration as to which treatments have been most effective. A list of symptoms for each disorder is presented in the *DSM*. In order to make a diagnosis, an examiner identifies certain symptoms in the patient and matches them with the symptoms listed in the *DSM*. An individual can suffer from many different disorders at the same time. Additionally, the same symptoms might form the basis for

two or more disorders. For example, in the same individual, the symptoms of impulsivity might form the basis for a diagnosis of an Attention Deficit Hyperactivity Disorder (ADHD), and also form the basis for a diagnosis of a Bipolar Affective Disorder. In this particular case, the medication utilized in the treatment of ADHD could worsen the symptoms of Bipolar Affective Disorder. Accordingly, treatment is not dictated by diagnosis.[1]

During his adolescence, Mr. Haynes had a history of aggressive behavior that formed some of the basis for a diagnosis of a Conduct Disorder and an Intermittent Explosive Disorder. Medical records document that

> This 16 year old was initially evaluated in the crisis clinic where he had been brought by these parents because of increasing problems of explosive and violent behavior. The day before he tried to kill the dog, hitting him with a shovel... Family had been afraid he would try to harm him and was concerned about his potential for assaultiveness towards his 3 years old sister. There were increasing problems with behavior in the past 6 months ... anger from an unidentified source has began (sic) to arise, and he is unable to control it. He admits to periods of blackouts were (sic)[during which] all he sees is "red" and really does not know what he is doing...."

The symptoms of aggression stated above formed the basis for the diagnoses of Conduct and Intermittent Explosive Disorders. However, those same symptoms might also have formed the basis for the diagnoses of a Mood Disorder (for example, a Bipolar Affective Disorder) and/or a Neurological Disorder (for example, a Seizure Disorder). The diagnoses of Mood and Neurological disorders might coexist with the diagnoses of Conduct and Intermittent Explosive disorders that were made when he was 16.

Alternatively, the diagnoses of Mood and Neurological disorders might even be preferred. These diagnoses might be preferred because the aggressive behaviors that Mr. Haynes exhibited at the time at age 16 tend to be precipitated by unclear situations and are more cyclical than the aggressive behaviors generally associated with Conduct and Intermittent Explosive Disorders.

In addition, Mr. Haynes' substance abuse might be an attempt to self- medicate and self-treat. Paradoxically, individuals who self- medicate and self-treat psychiatric disorders with substances tend to exacerbate, not improve the symptoms of Mood and Neurological disorders.

Additional data that substantiate the hypothesis that he might have suffered and still suffers from an Affective Disorder and a Neurological Seizure Disorder is recorded in the medical record that documents Mr. Haynes' significant therapeutic response to the medication Tegretol. Tegretol is a medication well known to effectively treat the symptoms of both some neurological disorders and some mood disorders.

RECOMMENDATIONS FOR MAKING MORE ACCURATE DIAGNOSES OF MR. HAYNES' CONDITION

To more clearly identify the psychiatric and/or brain disorders that Mr. Haynes might suffer from, this examiner recommends three steps:

1. To rule in or rule out a neurological disorder might require obtaining
    a. Complete Neurological examination
    b. Electroencephalogram (EEG)
    c. Computerized Tomography (CT scan) or other scans
2. To rule in or rule out a mood disorder such as a Bipolar Affective Disorder might require obtain obtaining
    a. More thorough psychosocial history which could
        i. Identify the periodicity of his aggressive outbursts
        ii. Identify the precipitants of his aggressive outbursts
        iii. Clarify how his aggressive outbursts are affected by his substance abuse
        iv. Clarify how his psychiatric diagnosis and aggressive outbursts have changed with the forced sobriety of incarceration (seven years)
        v. Determine whether there is a genetic component to his behavior
3. To rule in or rule out a mood disorder or possibly a neurologic disorder might require administering more thorough psychological tests, such as
    a. The Halsted-Reitan Test, which is the gold standard of neuropsychological tests. It identifies subtle neurological impairments that might interfere with normal brain function or possibly contribute to aggression.
    b. The Rorschach test, which is the gold standard of psychological personality tests. It identifies the individual's basic personality structure, impulse control, and ability to form relationships.

METHAMPHETAMINE (MA) USE AND ITS INFLUENCE ON BEHAVIOR

MA is a powerful stimulator of the Dopamine pathways of the Central Nervous System. It was originally synthesized in this country to be used in decongestants and for the treatment of narcolepsy (falling asleep at inappropriate times). It became a popular street drug because

1. It is powerful and disorienting
2. It can be synthesized in a lab that can be contained in a small suitcase
3. Minimal training is required to make MA
4. The ingredients to make MA are easily obtainable
5. It can be obtained without smuggling[2 3]

The initial effects of MA can not be predicted. However, small amounts of the drug can cause euphoria, psychosis, paranoia, irritability, sleeplessness, confusion, tremors, and instant death. Different from Cocaine, the effects of MA last long after the drug has been metabolized. These effects impair the mental state of the individual, cause a delirium, and

compromise the capacity of the individual to process and respond to situations logically. MA is well documented to be associated with severe aggressive behaviors.[4 5]

Records indicated that Mr. Haynes manifested many of the symptoms of MA intoxication during the period when he committed the robberies and fired his gun. His behaviors were much more aggressive than his previous behaviors, and his behaviors did not appear to be well thought out or well planned. His aggressive behaviors are consistent with a reaction to a misperception or distortion of information. Otherwise stated, his diminished capacity, in all medical probability, was due his due to his voluntary use of MA. Data that support the hypothesis that he suffered from a cognitive impairment consistent with MA-induced delirium and a decreased capacity to respond appropriately at the time of the incident is the method that he employed during the robberies and the circumstances surrounding the time when he shot the victim.

Sources indicated that he pointed a gun at the potential robbery victims from the driver's side of a truck and apparently had no back-up or follow-through plan if the victims refused to hand over their money or if they simply ran away from the truck in which he was sitting.

Mr. Haynes manifested more symptoms of MA intoxication and a decreased capacity to respond appropriately when, during the same period of intoxication when he attempted to or actually committed the robberies, he later shot a gun two times. The first time he shot the gun it was an apparent random shot that grazed the windshield of a random individual. The second bullet that he fired eventually killed the random individual. The robberies and killing appear to be

1. More aggressive behaviors than previously manifested by Mr. Haynes
2. Events that occurred during the same time period and
3. Reactions or actions based on misperceptions or cognitive impairments
4. Cognitive impairments consistent with the use of MA and its toxic effects on behavior
5. Influenced by the use of MA and its documented effects on cognitive impairment or decreased capacity
6. Not ingrained behaviors and because of that less likely to reoccur

TREATMENT RECOMMENDATIONS

Prior to his incarceration and seven-year, forced abstinence in prison, Mr. Haynes had not had the benefit of effective Substance Abuse or psychiatric treatment. Substance abuse treatment, including the treatment of marijuana, alcohol, and MA abuse, is documented to be effective. In addition, the effectiveness of the treatment can be monitored by implementing programs that emphasize relapse prevention, monitoring, and frequent blood and urine sampling.

REDUCED LIKELIHOOD OF FUTURE VIOLENT OFFENSES

Mr. Haynes' behavior appears to be isolated and not ingrained when compared to that of other MA abusers, who are more habitual in their use of the drug and their perpetration of

violence. When compared to habitual users of MA, Mr. Haynes' likelihood to commit future violent offenses or be an ongoing risk to the community is decreased.

Without the active abuse of substances by Mr. Haynes, his underlying mental disorders could be more accurately diagnosed utilizing the recommendations made earlier in this affidavit.

If he is sober, Mr. Haynes' psychiatric disorders might receive a greater benefit from the same mood stabilizer (Tegretol) that he received at age 16. He might also benefit from the use of other psychotropics, such as antidepressants and major tranquilizers, and from the use of antiseizure medications or other neurological interventions.

If Mr. Haynes is sober and does have underlying psychiatric or neurological disorders that are appropriately treated, the likelihood that he will commit future violent offenses or be an ongoing risk to the community will be reduced even further.

SUMMARY

Anthony Haynes has been convicted of Capital Murder. It is the medical opinion of this forensic psychiatrist that at the time that he committed the offense, he was probably intoxicated with MA. His behavior appeared to be illogical and to be inconsistent with his previous behaviors and appeared to be influenced by the toxic effects of the MA. His voluntary use of drugs, in particular MA, decreased his volitional capacity.

It is the medical opinion of this forensic psychiatrist that, in all medical probability, Mr. Haynes did not have a complete psychiatric and neurological evaluation prior to the instant offense and prior to the trial. With appropriate diagnostic tests and treatment, his risk to commit future violent offenses or be an ongoing threat to society could be reduced.

In all medical probability, understanding that Mr. Haynes is at lower risk to offend because his behavior is not ingrained, if he is treated for his MA abuse, if he is able to maintain sobriety, if he is accurately diagnosed and appropriately treated, the likelihood that he will commit future violent offenses or be an ongoing risk to the community will be severely and significantly reduced.

ENDNOTES

[1] American Psychiatric Association. (2000). *Diagnostic Criteria from DSM-IV-TR*. Washington, DC: American Psychiatric Association.

[2] Drug Policy Information Clearinghouse. (2003, November). *Methamphetamine*. Retrieved August 31, 2005 from http://www.whitehousedrugpolicy.gov/publications/factsht/methamph/

[3] Miller, M.D. (2005, August). Questions & Answers. *Harvard Mental Health Letter, 22*(2), 8.

[4] Smith, D.E., Galloway, G.P., & Seymour, R.B. (1997, Spring). Methamphetamine abuse, violence and appropriate treatments. *Valparaiso University Law Review, 31*, 661-667.

[5] Hanson, G.R. (1998). Methamphetamine abuse and addiction. National Institute on Drug Abuse. Retrieved September 13, 2005 from http://www.nida.nih.gov/ResearchReports/Methamph/Methamph.html

Further, affiant sayeth not.

SETH W. SILVERMAN, M.D.

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 13th day of ~~August~~ September 2005.

FRANCES R. VAN HORN
MY COMMISSION EXPIRES
FEBRUARY 22, 2009

Frances R. Van Horn
Notary Public in and for the State of Texas

My Commission Expires: 2/22/09

TAB 24

HOUSTON INDEPENDENT SCHOOL DISTRICT — REPORT CA[RD]

| LAST NAME | FIRST NAME | INIT | HOMEROOM | SCHOOL NAME |
|---|---|---|---|---|
| HAYNES | ANTHONY | C | 223 | ROGERS EL |

| STUDENT NO | ADDRESS | PHONE NO | SEX | GRADE | BIRTH DATE |
|---|---|---|---|---|---|
| 214073 | 1416 FEATHERSTONE | 5297713 | M | 02 | 01-22-? |

| SUBJECTS | SIX WEEK GRADES | | | | | | FINAL |
|---|---|---|---|---|---|---|---|
| MATHEMATICS | 87 | 87 | | | | | |
| READING | 82 | 92 | | | | | |
| LANGUAGE | 86 | 87 | | | | | |
| SPELLING | 91 | 94 | | | | | |
| SCIENCE | 86 | 88 | | | | | |
| SOCIAL STUDIES | 97 | 90 | | | | | |
| SPANISH READING | | | | | | | |
| MUSIC | S | S | | | | | |
| ART | N | N | | | | | |
| PHYSICAL EDUCATION | N | N | | | | | |
| HANDWRITING | S | S | | | | | |
| HEALTH & SAFETY | S | S | | | | | |
| MINI CRS | S | S | | | | | |

| WORK STUDY HABITS | SIX WEEKS GRADE | | | | | |
|---|---|---|---|---|---|---|
| LISTENS ATTENTIVELY | N | S | | | | |
| PLANS & ORGANIZES WORK | N | S | | | | |
| USES TIME & MATERIAL EFFECTIVELY | N | S | | | | |
| WORKS INDEPENDENTLY | N | S | | | | |
| FOLLOWS DIRECTIONS | S | S | | | | |
| EXP... PATES | S | S | | | | |
| DOES NEAT & ORDERLY WORK | S | S | | | | |
| COMPLETES HOMEWORK | S | S | | | | |
| COMPLETES CLASSWORK | S | S | | | | |

| CITIZENSHIP TRAITS | | | | | | |
|---|---|---|---|---|---|---|
| DISCIPLINES SELF | P | S | | | | |
| RESPONDS PROMPTLY & WILLINGLY | P | S | | | | |
| IS COURTEOUS | S | S | | | | |
| WORKS & PLAYS WELL W/OTHERS | S | S | | | | |
| RESPECTS PROPERTY RIGHTS | S | S | | | | |
| FOLLOWS SCHOOL REGULATIONS | P | S | | | | |
| GENERAL CONDUCT GRADE | P | S | | | | |

FINAL CONDUCT AVG.

| SUBJ | SPECIAL EDUCATION SIX WEEK GRADES | | | | | |
|---|---|---|---|---|---|---|
| MATH | | | | | | |
| READ | | | | | | |
| LANG | | | | | | |
| SPELL | | | | | | |
| SCI | | | | | | |
| SOC ST | | | | | | |

| ATTENDANCE | | | | | | |
|---|---|---|---|---|---|---|
| DAYS PRESENT | 28 | 30 | | | | |
| DAYS ABSENT | 0 | 0 | | | | |

| SCHOOL YEAR | PERIOD ENDING | TEACHER |
|---|---|---|
| 1996-1997 | 11-21-96 | THOMAS |

| SCHOOL PRINCIPAL | DATE ENROLLED |
|---|---|
| M GRAYS | 09-12-96 |

PROMOTION STANDARDS
OVERALL AVERAGE OF 70 OR ABOVE
LANGUAGE ARTS AVERAGE OF 70 OR ABOVE
(READING 50%, LANGUAGE 30%, SPELLING 20%)
MATHEMATICS AVERAGE OF 70 OR ABOVE

MEANING OF MARKS

| ACADEMIC | HABITS | CONDUCT |
|---|---|---|
| 90 - 100 EXCELLENT | E - EXCELLENT | E - EXCELLENT |
| 80 - 89 GOOD | S - SATISFACTORY | S - SATISFACTORY |
| 75 - 79 FAIR | N - NEEDS IMPROVEMENT | P - PROBATIONARY |
| 70 - 74 PASSING | U - UNSATISFACTORY | U - UNSATISFACTORY |
| 50 - 69 FAILING | | |

* 50 FAILURE DUE TO EXCESS ABSENCES ALL GRADES FOR SEMESTER CONVERT TO 50

STUDENT IS (X)
_____ PROMOTED TO _____ PLACED IN _____ RETAINED IN
GRADE _____

PARENT S SIGNATURE

**EXPLANATION OF REPORT CARD**
GRADE 1 FIRST THREE SIX WEEKS ALL SUBJECTS GRADED EXCEPT SPELLING LAST THREE SIX WEEKS ALL SUBJECTS GRADED
GRADE 2 5 ALL SUBJECTS GRADED

HISD BOARD REQUIRES ALL STUDENTS WHO MAKE BELOW 70 IN LANGUA[GE] READING, MATHEMATICS, SOCIAL STUDIES OR SCIENCE TO ATTE[ND] TUTORING SESSION IN THAT COURSE(S). PLEASE CONTACT YOUR PRINCI[PAL] FOR INFORMATION AT

REPORT TO RM _____ NEXT YR. TRACK _____ IF YEAR ROU[ND]

**OFFICE COPY**

# STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

06/16/94

GTMRPC-BL

Full Legal Name HAYNES (Last) ANTHONY (First) CARDELL (Middle)

Student ID Number 220119 Adv. ____ Hrm. ____ Ethnicity BLACK

Social Security Number 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 Sex MALE

Date of Birth 01 22 79 Place of Birth HOUSTON TX

Parent(s) X or ____ Guardian(s) Name HAYNES DONALD W

Lives with MALE HINTIN-DAVIS PATRICIA A.

Current Address 1827 WOOD ORCHARD DR MISSOURI CITY 77489

Most Recent Former Address

Phone (713)437 7557 Business Phone (713)247 2270 Emer. Phone (713)687 9053

Name of High School DULLES HIGH SCHOOL

Phone No. ( )491-7100 Proposed date of Graduation 1997

Address 500 DULLES AVE SUGAR LAN 77487

District Name FORT BEND

TEA County-District-Campus Number 079 907 001

Rank 184 No. in class 460 Quartile ____ Date of Ranking 4-25-97

Grade Point Average ____ Date Graduated 5-29-97

Last District High School Attended ____

Address ____ Street ____ City ____ State / Zip Code ____ Signature and Title of School Official

College Board Campus Code Number 446785 [X]

High School Program ____

Advanced High School Program ____

Advanced High School Honors Program ____

Date of First Entry in 9th Grade / /

TEAMS mastery, Exit Level: English / Language Arts Mo./Yr. ____ Mathematics Mo./Yr. ____

| Generic Course Name | HAYNES ANTHO ID 220119 School 079907001 GR 09 YR 93-94 ABBR. COURSE NAME | 1ST SEM | 2ND SEM | CREDIT | HAYNES ANTHO ID 220119 School 079907001 GR 10 ADV 000 YR 94-95 ABBR. COURSE NAME | 1ST SEM | 2ND SEM | CREDIT | HAYNES, ANTHON ID 220119 School 079907001 GR 11 ADV 712 YR 95-96 ABBR. COURSE NAME | 1ST SEM | 2ND SEM | CREDIT | HAYNES, ANTHO ID 220119 School 079907001 GR 12 ADV 910 YR 96-97 ABBR. COURSE NAME | 1ST SEM | 2ND SEM | CREDIT | Extra 19 - Abbreviated Course Name | 1st Sem Grade | 2nd Sem Grade | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| English Language Arts | ENG 1 A AD | 80 | | .50 | ENG 2 AD | 76 | | 0.5 | ENG 3 A A | 80 | | 0.5 | IFI B A | | 81 | 0.5 | | | | |
| | ENG 1 B AD | | 76 | .50 | ENG 2 AD | | 74 | 0.5 | ENG 3 B A | | 86 | 0.5 | ELDEINLD A | | 84 | 0.5 | | | | |
| | | | | | | | | | COMPMTH1B AD | | 77 | 0.5 | OFF AIDEB L | | 90 | 0.0 | | | | |
| Mathematics | ALG 1 A AD | 76 | | .50 | GEOM AD | 75 | | 0.5 | ALG 2 A AD | 82 | | 0.5 | | | | | | | | |
| | ALG 1 B AD | | 80 | .50 | GEOM AD | | 80 | 0.5 | ALG 2 B AD | | 87 | 0.5 | | | | | | | | |
| | | | | | | | | | COMPMTH1A AD | 77 | | 0.5 | | | | | | | | |
| Science | BIO 1 A AD | 70 | | .50 | CHEM 1 AD | 75 | | 0.5 | PE EQUIV. | | 100 | 0.5 | | | | | | | | |
| | BIO 1 B AD | | 72 | .50 | CHEM 1 AD | | 75 | 0.5 | | | | | | | | | | | | |
| | | | | | | | | | ENG 4 R | 88 | 83 | 1.0 | | | | | | | | |
| Social Studies | W HIST R | 84 | 89 | 1.0 | | | | | US HIST A AD | 78 | | 0.5 | US GOVT AD | 77 | | 0.5 | | | | |
| | | | | | | | | | US HIST B AD | | 75 | 0.5 | | | | | | | | |
| Economics/Free Enterprise | | | | | | | | | | | | | ECO-FE AD | | 78 | 0.5 | | | | |
| Health | HLTH ED A | 86 | | .50 | | | | | | | | | | | | | | | | |
| Physical Ed./Equivalent | | | | | PE EQ A | 99 | | 0.5 | | | | | | | | | | | | |
| | | | | | PE EQ A | | 100 | 0.5 | | | | | | | | | | | | |
| Other Languages | | | | | SPAN1 AD | 79 | | 0.5 | SPAN2 A AD | 70 | | 0.5 | | | | | | | | |
| | | | | | SPAN1 AD | | 90 | 0.5 | SPAN2 B AD | | 76 | 0.5 | | | | | | | | |
| Fine Arts | BAND 1 A A | 84 | | .50 | | | | | | | | | | | | | | | | |
| | BAND 1 B A | | 80 | .50 | | | | | | | | | | | | | | | | |
| ...er Science | | | | | | | | | | | | | | | | | | | | |
| ...tional Education | | | | | | | | | | | | | PRINMKT A A | 86 | | 0.5 | | | | |
| | | | | | | | | | | | | | CHE A | | 86 | 0.5 | | | | |
| Business Education | KYBDWDPR A | | 86 | .50 | ROTC R | | 96 | 0.5 | ROTC R | 96 | | 0.5 | | | | | | | | |
| Electives | ROTC 1 A A | 90 | | .50 | ROTC 2 A | 87 | | 0.5 | ROTC 3 A AD | 89 | | 0.5 | ROTC 4 A AD | 92 | | 0.5 | | | | |
| | ROTC 1 B A | | 90 | .50 | ROTC 2 A | | 90 | 0.5 | ROTC 3 B AD | | 88 | 0.5 | ROTC 4 B AD | | 89 | 0.5 | | | | |
| Local Credit | T.E.A.M. | | | .00 | | | | | PE EQUIV | 90 | | 0.5 | OFF AIDE A L | 73 | | 0.0 | | | | |
| GRADES | RANK / QTL / GRPTS 38.0 | LOCR 0.00 | STCR 6.00 | | RANK / QTL / GRPTS 41.00 | LOCR 0.00 | STCR 8.00 | | RANK / QTL / GRPTS 49.00 | LOCR 0.50 | STCR 8.00 | | RANK / QTL / GRPTS 3.37 | LOCR 0.00 | STCR 4.00 | | Total Credits for Year | | | |

| | 93-94 | 94-95 | 95-96 | 96-97 | Extra |
|---|---|---|---|---|---|
| Absences Regular School Year (1st Sem / 2nd Sem / Total) | 1 / 7 / 8 | 3 / 2 / 5 | 2 / 1 / 3 | 30 (Total) | |
| Entered | 08/18/93 | 8/17/94 | 8/14/95 | 8/14/96 | |
| Withdrew | | | | | |
| Reason / Entered / Withdrew / Reason | GTMRPC-BM | GTMRPC-BM | GTMRPC-BM | GTMRPC-BM | |

passing grade 70 or above.

Definition of grade points if applicable on the reverse side.

GRADES
90-100-A
80-89-B
75-79-C
70-74-D
0-69-F
P/F-PASS/FAIL

Accredited by Texas Education Agency [X] Yes [ ] No

Southern Association of Secondary Schools [ ] Yes [X] No

Note: In the *Abbreviated Course Name* column, space is provided to the right of the dashed line for H= Honors Courses; P= Advanced Placement Courses; E= Advanced Placement Examination; I= International Baccalaureate Courses; R= Summer School Courses; S= Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; X= Experimental Courses approved for state credit; M= Magnet Courses approved for specific campuses; C= Correspondence Course from approved institution; L= Local Credit only; T= Credit by exam; D= High School Credit for college course, other*.

TAB 25

THE NEUROPSYCHOLOGICAL DEFICIT SCALE

FOR ADULTS

IBM PC/compatible version 4.0

Copyright 1986, 1993 Ralph M. Reitan, PhD

CLIENT: ANTHONY HAYNES
GENDER: MALE
HANDEDNESS: LEFT
AGE: 20 YEARS 7 MONTHS
EDUCATION COMPLETED: GRADE 12
DATE OF BIRTH: 01/20/79
DATE OF EXAM: 08/23/99

Based on tentative norms presented in
The Halstead-Reitan Neuropsychological Test Battery:
Theory and Clinical Interpretation (2nd edition)
by R.M. Reitan and D. Wolfson (1993)

ALL RIGHTS RESERVED WORLDWIDE

No part of this package may be copied or
distributed in any form without written permission.

RALPH M. REITAN, PH.D.
DEBORAH WOLFSON, PH.D.
REITAN NEUROPSYCHOLOGY LABORATORY
2920 SOUTH 4TH AVENUE
SOUTH TUCSON, ARIZONA 85713-4819
602/882-2022

GENERAL NEUROPSYCHOLOGICAL DEFICIT SCALE PAGE 1

CLIENT: ANTHONY HAYNES DATE: 08/23/99

LEVEL OF PERFORMANCE

| | NDS SCORE: 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| 1. Verbal IQ . . . . . . . . . . . . . | 113 | | | |
| 2. Performance IQ . . . . . . . . . . | 102 | | | |
| 3. Impairment Index . . . . . . . . . | 0.1 | | | |
| 4. Category Test . . . . . . . . . . . | 20 | | | |
| 5. TPT - Total Time . . . . . . . . . | | 10.5 | | |
| 6. TPT - Memory . . . . . . . . . . . | 10 | | | |
| 7. TPT - Localization . . . . . . . . | | | 5 | |
| 8. Rhythm Test . . . . . . . . . . . . | 30 | | | |
| 9. Speech-sounds Perception . . . . | 5 | | | |
| 10. Finger Tapping - Dominant . . . . | | | 48 | |
| 11. Finger Tapping - Nondominant . . | | | 43 | |
| 12. Trail Making Test - Part A . . . | 25 | | | |
| 13. Trail Making Test - Part B . . . | 55 | | | |
| 14. Tactile Form Recognition - Total | 16 | | | |
| 15. Bilateral Tactile Stimulation . . | 0 | | | |
| 16. Bilateral Auditory Stimulation . | 0 | | | |
| 17. Bilateral Visual Stimulation . . | 0 | | | |
| 18. Tactile Finger Recognition . . . | 0 | | | |
| 19. Finger-tip Number Writing . . . . | 3 | | | |

SCORE FOR LEVEL OF PERFORMANCE . . . 7

SUMMARY OF HALSTEAD-REITAN NEUROPSYCHOLOGICAL BATTERY: (AGE 16-Adult)

NAME: ANTHONY HAYNES DOB: 1/20/79 CA: 20 SEX: M RACE: B

EDUCATION LEVEL: 12 MARITAL STATUS: S HANDEDNESS: L DOT: 8/19-8/23/99

**WAIS-R:**

VIQ Score: 113
PIQ Score: 102
FSIQ Score: 109
%ile: ____

| | Scaled Scores |
|---|---|
| Information | 10 |
| Digit Span | 12 |
| Vocabulary | 11 |
| Arithmetic | 11 |
| Comprehension | 14 |
| Similarities | 13 |
| Picture Completion | 11 |
| Picture Arrangement | 11 |
| Block Design | 11 |
| Object Assembly | 10 |
| Digit Symbol | 10 |

| WRAT-3: | SS: | %ile: | G.E.: |
|---|---|---|---|
| Reading | 104 | 61 | > H.S. |
| Spelling | 111 | 77 | > H.S |
| Arithmetic | 109 | 73 | > H.S |

BENDER-GESTALT TEST: Errors: 0 Emot Ind: ____

RANDT MEMORY TEST: RCFT; CRMT; RAVLT
Acquisition SS: OK 124 108
Delayed Recall SS: OK
Overall Recall SS: OK 85

REITAN-INDIANA APHASIA: ⊖ #ERRORS: ⊖

Total Errors: ____

TRAILS TEST:
Trails A: 25 sec; ⊖ errors
Trails B: 55 sec; ⊖ errors

GRIP STRENGTH:
Dominant Hand: 52 1/2 kg
Non-Dominant Hand: 50 kg

COMMENTS: REY'S MALINGERING - 15/15 - OK; VISUAL NAMING - 62 (87th %ile) WORD FLUENCY - 51 (HIGH AVG) TOKEN TEST - 44 (82nd %ile)

SENSORY-PERCEPTUAL EXAM:
RH__ LH__ BOTH: RH__ LH__
RH__ LF__ BOTH: RH__ LF__
LH__ RF__ BOTH: LH__ RF__
RE__ LE__ BOTH: RE__ LE__
RV__ LV__ BOTH: RV__ LV__
OK

TACTILE FINGER RECOGNITION:
R1__2__3__4__5__ TOTAL: 0
L1__2__3__4__5__ TOTAL: 0

FINGER-TIP NUMBER WRITING:
R1 | 2__3__4__5__ TOTAL: 1
L1__2 | 3 | 4__5__ TOTAL: 2

TACTILE FORM RECOGNITION:
RH: Time: 1 1 1 1 LH: Time: 1 1 1 1
Errors: 0 0 0 0 Errors: 0 0 0 0
RH: Time: 1 1 1 1 LH: Time: 1 1 1 1
Errors: 0 0 0 0 Errors: 0 0 0 0
RH: Time: 8 Errors: ⊖ LH: Time: 8 Errors: ⊖

CATEGORY TEST:
# of Errors: 20

TACTUAL PERFORMANCE TEST:
Dom Hand (R/L): 5' 11"
Non-Dominant Hand: 3' 20"
Both Hands: 1' 58"
Total Time: 10' 29"
Memory: 10
Localization: 5
✓

SEASHORE RHYTHM TEST:
# Correct: 30
Rank Score: 1

SPEECH SOUNDS PERCEPTION TEST:
# of Errors: 5

FINGER-TAPPING TEST:
Dominant Hand (R/L) 48.6
Non-Dominant Hand: 43.2
✓

IMPAIRMENT INDEX: .1

NDS SCORE: ____ L/R DIFF: ____

MMPI: SEE ATTACHED
L__ Pd__ Si__
F__ Mf__ A__
K__ Pa__ R__
Hs__ Pt__ Es__
D__ Sc__ Mac__
Hy__ Ma__

WISCONSIN: 6 CATEG. 67/79 CORRECT OK
LINE ORIENT: ____
FACIAL RECOG. ____
VISUAL RECOG. 16 - OK

TAB 26





THE ROSENSTOCK CLINIC
6910 FANNIN, SUITE 300 NORTH
HOUSTON, TEXAS 77030

HARVEY A. ROSENSTOCK, M.D., P.A. (713) 797-1059

MEDICAL NARRATIVE

April 1, 1992

Re: Myrtle Hinton
DOB: 10/18/39
SSN: 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

TO WHOM IT MAY CONCERN:

The above listed 52-year-old divorced lady has been in psychiatric treatment since 2/25/91 specifically due to stress related to her regular work. In fact, the stress so impacted Mrs. Hinton that it was her perception that she could no longer carry on her usual responsibilities in the Collection Department of Memorial Hospital Southwest, not withstanding the fact that her performance appraisals were consistently commendable.

Because of symptoms of stress and depression, Mrs. Hinton was begun on an outpatient treatment protocol consisting of:

1) Individual psychotherapy;
2) Group psychotherapy; and
3) Pharmacotherapy,

to which she was generally positively responsive.

However, on or about September 5, 1991, Mrs. Hinton, who was a good employee with Memorial Southwest for 13 years, found herself "targeted" for unjust criticism by her manager, Mr. John Sheeks. The patient felt overwhelmed and shocked by the manner in which she was singled out; namely by Mr. Sheeks approaching her immediate boss, Mr. George Parks, and in an accusatory and angry manner commanding that Mr. Parks "Document! Document! and put it in her file." This directive referred to mainly negative observations about Mrs. Hinton in an attempt, as Mrs. Hinton perceived it, to have her terminated. In point of fact, Mrs. Hinton was told by Mr. John Sheeks at that time, "You will not be told again! You will be terminated the next time you come into this office!"

At that moment Mrs. Hinton felt overwhelmed. She was receiving mixed messages: the threat of termination occurring only one month after receiving an overall commendable job performance rating.

Whereas Mrs. Hinton had been under considerable stress from the job for some months, during which time she was able to perform her usual job responsibilities acceptably, this incident of mental trauma that occurred on or about September 5, 1991, at her work site, resulted in total incapacitation.

Within three working days on the advice of her family physician, Dr. Glover Johnson and with my concurrence, Mrs. Hinton left her job due to her incapacitation and the vital need for medical treatment for her mental trauma.

Since September of 1991, Mrs. Hinton has required hospitalization at Memorial Hospital Southwest and continued outpatient treatment for her condition. Mrs. Hinton is still totally disabled from being able to return to her regular job. She remains in active psychiatric treatment at this time.

Most cordially yours,

Harvey A. Rosenstock, M.D.

HAR/sss/36

HINTON, ANTHONY ... 12/22/1977 ... 35-3914135 ...

AGE 007 SEX S ARRIVAL DATE/TIME 12/22/86 07:01 BROUGHT IN BY MOTHER

ILLNESS ONSET DATE-TIME 12/22/86-08:00 PAT TYP E LOCATION ILLNESS OCCURRED HOME DESCRIPTION ILLNESS-CHIEF COMPLAINT FEVER COLD AND VOMITING

PATIENT ADDRESS CITY, STATE, ZIP 1416 FEATHERSONE HOUSTON TX 77020 PATIENT PHONE (RES) 713-529-7713 PATIENT OCCUPATION CHILD

PATIENT EMPLOYER NAME, ADDRESS, CITY STATE ZIP NA PATIENT EMPLOYER PHONE EXT

NEAREST RELATIVE NAME, ADDRESS, CITY, STATE, ZIP, PHONE HINTON, MYRTLE 1416 FEATHERSTONE HOUSTON TX 77020 713-529-7713 REL CODE MO PATIENT EMPLOYEE NO PATIENT EMPLOYER CODE

EMERGENCY NOTIFICATION NAME, ADDRESS, CITY STATE ZIP PHONE HINTON, MYRTLE 1416 FEATHERSTONE HOUSTON TX 77020 BUSINESS HOME 713-529-7713 REL CDE MO PATIENT BUSINESS PHONE EXT MHS REL N FT STUDENT

PREVIOUS ADMISSION - LOCATION - DATE NO / / / / RELIGION CODE CHURCH NOP NO PREFERENCE NATIONALITY

AKA1 AKA2 INFORMANT MOTHER PRIMARY LANGUAGE ENG LAST STEP TOX

FINC INC F/C H B.A HIC MCR NO PUB REL S FAMILY PHYSICIAN

1 COMPANY HEALTHNET INSURED HINTON, MYRTLE REL CDE MO SEX F POLICY NUMBER 462506604 GROUP NUMBER 25000 PLAN

2 COMPANY INSURED REL CDE SEX POLICY NUMBER GROUP NUMBER PLAN

GUARANTOR NAME ADDRESS CITY, STATE, ZIP PHONE HINTON, MYRTLE 1416 FEATHERSTONE HOUSTON TX 77020 BUSINESS 713-776-5407 EXT HOME 713-529-7713 REL CDE GF GUARANTOR OCC & SSN INS COLLECTOR 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

GUARANTOR EMPLOYER ADDRESS CITY STATE ZIP MEMORIAL HOSPITAL SYSTEM 6440 HIGHSTAR HOUSTON TX 77074 PHONE 713-776-5543 GUAR EMP CDE

WORKMAN'S COMP. EMPLOYER INFO WC EMP CDE

Rachel Garcia (Child Prot Svc) 526-5701 ... TREATING PHYSICIAN ...50 BUTLER, JAMES A.

TREATMENT AREAS ... H: (713) 672-6378 HEPA CHARGES HOSPITAL CHARGE RECEIPT NO

Ms. Patricia Hinton W: (713) 390-3414 05,07

CONSENT UPON ADMISSION TO HOSPITAL AND MEDICAL TREATMENT

PATIENT ________ DATE ________ TIME ________ AM PM

1. I (or ________) knowing that I (or ________) am (is) suffering from a condition requiring hospital care do hereby voluntarily consent to such hospital care encompassing routine diagnostic procedures and medical treatment by Dr. ________ his assistants or his designees as is necessary in his judgment.

2. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the hospital.

3. This form has been fully explained to me and I certify that I understand its contents.

WITNESS DATE SIGNATURE OF PATIENT DATE

When patient is UNABLE to consent or is a MINOR*, complete the following: Patient (is a minor ____ years of age) is unable to consent because ________

Myrtle L. Hinton

WITNESS DATE CLOSEST RELATIVE OR LEGAL GUARDIAN - DATE

*MINOR: any UNMARRIED male or female that has not reached their 18th birthday

01

**RELEASE FROM RESPONSIBILITY FOR DISCHARGE**

DATE

This is to certify that I, ________ a patient in MEMORIAL CARE SYSTEMS am being discharged against the advice of the attending physician and of the Hospital Administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician and the Hospital from all responsibility for all ill effects which may result from such discharge.

WITNESS ________ SIGNED ________

WITNESS ________

(To be signed by the legal representative in the case of a minor or of a patient who is not competent mentally, otherwise by the patient.)

CONFIDENTIAL NOT FOR RELEASE

079.9 3630

922.3

MEDICAL RECORD

Incident # Y02864

CURRENT MEDICATIONS: None

THERAPY/TREATMENT

CONSULT: J. Butler

TYPE ACCIDENT — JOB — OTHER — MOTOR VEHICLE

TIME 0835 — LAW AGENCY NOTIFIED: HPD

TRANSPORT IN — AMBULANCE NAME & NUMBER: Walk

GENERAL — PEDI — HEAD — BURN

M.E. — TIME — M.E. NOTIFIED

TRANSPORT OUT — AMBULANCE NAME & NUMBER

DISCHARGE DATE & TIME: 10/22/86

PHYSICIAN'S ORDERS (INCLUDE MEDICATIONS) — TIME & INIT.

DIAGNOSES — PROCEDURES: Viral syndrome

| TEST | TIME | TEST | TIME | TEST | TIME | TEST | TIME | TEST | TIME |
|---|---|---|---|---|---|---|---|---|---|
| CBC | | GLUCOSE | | CARDIAC ENZYMES | | ETOH | | T & C UNITS | |
| ART | | BUN | | ABG | | EKG | | T & S UNITS | |
| SMA-18 | | AMYLASE | | U/A | | C & S | | | |
| ELECTROLYTES | | CREATININE | | TBI | | | | | |

XRAY

SITE

ALLERGIES: Penicillin

DISPOSITION OF VALUABLES — PAT TYPE

| PATIENT NAME LAST, FIRST, MI | DATE OF BIRTH | SEX | ETHNIC | PATIENT ACCOUNT NUMBER | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|
| HINTON, ANTHONY CARDELL | 01/ /1979 | M | B | 55914435 | 00000046050 |

| AGE | MS | ARRIVAL DATE-TIME | ARV-CDE | BROUGHT IN BY | ARRIVAL METHOD | ARV-COND | CONC | TRAUMA DIV ID | PRIMARY LANGUAGE |
|---|---|---|---|---|---|---|---|---|---|
| 007 | S | 12/22/86-07 01 | | MOTHER | | | | E | ENG |

ILL-INJ ONSET DATE-TIME: 12/22/86-00:00

LOCATION ILL-INJ OCCURRED: HOME

DESCRIPTION ILL-INJ - CHIEF COMPLAINT: FEVER, COLD AND VOMITING

FAMILY PHYSICIAN

RELIGION CODE - CHURCH: NOP NO PREFERENCE

NOT FOR RE-RELEASE — CONFIDENTIAL

INSTRUCTIONS & MEDICATIONS TO PATIENT

AM CALL BACK

DISCHARGE STATUS
- 1 ROUTINE
- 2 AMA
- 3 TRANSFER
- 4 DOA
- 5 NOT SEEN
- 6 EXPIRED
- 7 ADMITTED

781-1907

R.N.'S SIGNATURE

TREATING PHYSICIAN

I UNDERSTAND AND HAVE RECEIVED A COPY OF ABOVE MEDICAL INSTRUCTIONS

PATIENT/PARENT/GUARDIAN SIGNATURE

DATE

MEMORIAL CARE SYSTEMS

TAB 27

# PERFORMANCE REVIEW BOARD RECORD

HAYNES, ANTHONY SN 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

Date Convened 2 DEC 97

| COURSE TITLE | CIN | CDP | CLASS NO. |
|---|---|---|---|
| BOOST | P-500-0042 | 9701 | 1998 |

ACADEMIC X / MILITARY ____

PRT Qual? Yes Swim Qual? Yes

| | 1st Mid | Cum |
|---|---|---|
| GPA | 2.5 | 1.9 |
| MATH | 74 | 66 |
| SCIENCE | 77 | 68 |
| ENGLISH | 80 | 78 |
| OVERALL | 77.0 | 71 |

**ACT/SAT TESTS**

| | Math | Verbal | Total | Navy Minimum: | USMC Minimum: |
|---|---|---|---|---|---|
| Best ACT: | 23 | 24 | 47 | 22 V / 22 M | 45 (Combined) |
| Best SAT: | 0 | 0 | 0 | 530 V / 520 M | 480 V / 1000 (Combined) |

## RECORD OF BOARD ACTION

3-2 The following action is recommended by this Review Board

BOARD VOTE: X CONTINUATION OF TRAINING IN PRESENT CLASS WITH/WITHOUT REMEDIATION

____ ELIMINATION FROM TRAINING (DROP)

**SIGNATURES OF BOARD MEMBER**

R A Miller CHAIRMAN

[signature] MEMBER

[signature] MEMBER

[signature] MEMBER

[signature] MEMBER

**FOR RECOMMENDED DISENROLLMENT ONLY:**

I (DO) (DO NOT) WISH TO MAKE A WRITTEN STATEMENT

(STUDENT'S SIGNATURE) DATE

The review board action has been reviewed.

**APPROVED / DISAPPROVED**

DIRECTOR, BOOST DATE

**DISENROLL / RETAIN**

DIRECTOR FOR TRAINING DATE

**DISENROLL / RETAIN**

COMNETC DATE

# PERFORMANCE REVIEW BOARD RECORD

HAYNES, ANTHONY SN B242

Date Convened 26 FEB 98

| COURSE TITLE | CIN | CDP | CLASS NO. |
|---|---|---|---|
| BOOST | P-500-0042 | 9701 | 1998 |

ACADEMIC X / MILITARY ___

PRT Qual? Yes Swim Qual? Yes

| | 1st Tri | 2nd Mid | 2nd Tri | Cum |
|---|---|---|---|---|
| GPA | 1.9 | 2.5 | 2.0 | 1.9 |
| MATH | 66 | 77 | 70 | 68 |
| SCIENCE | 68 | 76 | 69 | 68 |
| ENGLISH | 78 | 78 | 75 | 76 |
| OVERALL | 70.7 | 77.0 | 71.3 | 71 |

**ACT/SAT TESTS**

| | Math | Verbal | Total | Navy Minimum: | USMC Minimum: |
|---|---|---|---|---|---|
| Best ACT: | 23 | 24 | 47 | 22 V / 22 M | 45 (Combined) |
| Best SAT: | 550 | 470 | 1020 | 530 V / 520 M | 480 V / 1000 (Combined) |

## RECORD OF BOARD ACTION

The following action is recommended by this Review Board

BOARD VOTE: ___ CONTINUATION OF TRAINING IN PRESENT CLASS WITH/WITHOUT REMEDIATION

5-0 X ELIMINATION FROM TRAINING (DROP)

**SIGNATURES OF BOARD MEMBER**

R A Miller CHAIRMAN

[signature] MEMBER

[signature] MEMBER

[signature] MEMBER

[signature] MEMBER

**FOR RECOMMENDED DISENROLLMENT ONLY:**

I (DO) (DO NOT) WISH TO MAKE A WRITTEN STATEMENT

[signature] 2/26/98

(STUDENT'S SIGNATURE) DATE

The review board action has been reviewed.

**APPROVED / DISAPPROVED**

R. P. Ferguson 2 MAR 98

DIRECTOR, BOOST DATE

**DISENROLL / RETAIN**

[signature] 3 MAR 98

DIRECTOR FOR TRAINING DATE

**DISENROLL / RETAIN**

[signature] 6 MAR 98

COMNETC DATE

# ARB BRIEF SHEET

B242 SN HAYNES, ANTHONY CARDELL Track: II Marital Stat: S Sex: M

| Grades | Math | Science | English | Ranking | GPA |
|---|---|---|---|---|---|
| 1st Midterm | 74 | 77 | 80 | 217 | 2.6 |
| 1st Trimester | 66 | 68 | 78 | 284 | 1.9 |
| 2nd Midterm | 77 | 76 | 78 | 207 | 2.5 |
| 2nd Trimester | 70↓ | 69↓ | 75↓ | 265 | 2.0 |
| **Cumulative** | **68** | **68** | **76** | **285** | **1.883** |
| NEED TO PASS: | 89 | 89 | | | |

Previous ARBs:

Best ACT: 10/1/96 Math: 23 Verbal: 24 Qual

Best SAT: 10/1/96 Math: 550 Verbal: 470

DODMERB Status: Qualified PRT Qual? Yes

Body Fat OK? Yes Swim Qual? Yes

**Recommendation:** c/c disenrollment / PO disenroll

**Comments:**

Room Inspections ] average

Appearance ] average

Bearing ] average

Conduct: attitude worse with getting worse with instructors (less cooperative)

Other: falling back into old groove; motivation falling

**Voting:** **R / D**

| Dean | BNO | Math | Eng | Sci |
|---|---|---|---|---|
| R | R | R | R | R |
| D | D | D | D | D |